AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;

Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NAPERVILLE, ILLINOIS, a municipal corporation

CASE NUMBER: 22-cv-4775

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Jantz

TO: (Name and address of Defendant)

City of Naperville
Naperville Municipal Center
400 S. Eagle St.
Naperville, IL 60540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
Phone: 708-964-4973
Email: craddocklaw@icloud.com or cradlaw1970@gmail.com

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*

(By) DEPUTY CLERK



September 9, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 9/12/22 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) Debra Sauer | TITLE Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Andria Betty 400 S. Eagle, Naperville, IL 60540

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/12/22
Date

Signature of Server

Address of Server
2735 N. Clark #02
Chicago, IL 60614

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.