IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation; <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS, a municipal corporation; <br><br> Defendant. | NO. 1:22-CV-04775 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE CITY OF NAPERVILLE'S ANSWER TO NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, AND LAW WEAPONS, INC.'S COMPLAINT**

Defendant City of Naperville ("the City") respectfully requests an extension of time to file its Answer to Plaintiffs National Association for Gun Rights, Robert C. Bevis, and Law Weapons, Inc.'s ("Plaintiffs") Complaint. Specifically, this Motion for an Extension of Time requests that the City's deadline to file its Answer be extended up to and through November 17, 2022.

On September 7, 2022, Plaintiffs filed its Complaint in this action. Dkt. 1. On September 12, 2022, the City was served. The City's Answer is due three weeks from the date of service, on October 3, 2022.

Pursuant to Fed. R. Civ. P. 12(a), the City's current deadline to file its Answer is October 3, 2022. However, counsel for the City and Plaintiffs have spoken, and Plaintiffs have granted the City's request for 45 days beyond the current deadline to file its Answer.

The City is now requesting this additional time not for purpose of delay, but in order to adequately prepare its Answer.

Dated: October 3, 2022                                  Respectfully submitted,


                                                        */s/ Christopher B. Wilson*
                                                        Christopher B. Wilson, Bar No. 06202139
                                                        CWilson@perkinscoie.com
                                                        PERKINS COIE LLP
                                                        110 North Wacker Dr., Suite 3400
                                                        Chicago, Illinois 60606-1511
                                                        Tel: 312.324.8400

                                                        Attorney for City of Naperville

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that in accordance with Federal Rule of Civil Procedure 5 and Local Rule 5.5, the following document was served on October 3, 2022 through the district court's ECF system to all ECF filers, and by electronic mail to the following:

Jason Craddock
Attorney at Law
2021 Midwest Rd., Ste 200
Oak Brook, IL 60523
craddocklaw@icloud.com

Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
barry@arringtonpc.com

                                            */s/ Christopher B. Wilson*
                                            Christopher B. Wilson