**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>　　　　Defendant. | Case No. 22-cv-04775 |

## DECLARATION OF DUDLEY BROWN

1. My name is Dudley Brown. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am the President of the National Association for Gun Rights ("NAGR"), one of the Plaintiffs in this case and a nonprofit membership and donor-supported organization qualified as tax-exempt under 26 U.S.C. § 501(c)(4). NAGR seeks to defend the right of all law-abiding individuals to keep and bear arms. NAGR has members who reside within the City of Naperville, Illinois. *Id*. NAGR represents the interests of its members who reside in the City of Naperville, Illinois.

3. On August 16, 2022, the City of Naperville, Illinois passed an ordinance banning the commercial sale of the most commonly owned semi-automatic rifles, namely Chapter 19 of Title 3 of the Naperville Municipal Code (the "Ordinance).

4. Section 3-19-1 of the Ordinance defines the term "assault rifle." Section 3-19-2 of the Ordinance states: "The Commercial Sale of Assault Rifles within the City is unlawful and is hereby

prohibited." Section 3-19-3 of the Ordinance provides for substantial penalties for any violation of its provisions.

5. The term "assault rifle" as used in the Ordinance is not a technical term used in the firearms industry or community for firearms commonly available to civilians. Instead, the term is a rhetorically charged political term meant to stir the emotions of the public against those persons who choose to exercise their constitutional right to possess certain semi-automatic firearms that are commonly owned by millions of law-abiding American citizens for lawful purposes. Therefore, for purposes of this Complaint, the term "Banned Firearm" shall have the same meaning as the term "assault rifle" in Section 3-19-1 of the Ordinance.

6. The members of the National Association for Gun Rights on whose behalf this action is brought are residents of the City of Naperville and law-abiding citizens of the United States. They are otherwise eligible under the laws of the United States and the City to sell and purchase firearms and magazines, including the Banned Firearms and Banned Magazines. They intend to, and, but for the credible threat of prosecution under the Code, would sell and purchase Banned Firearms and Banned Magazines for self-defense and for other lawful purposes.

7. When the Ordinance becomes effective on January 1, 2023, NAGR's members in Naperville will be prohibited from exercising their Second Amendment rights in this fashion.

I, Dudley Brown, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Dudley Brown
November ___, 2022