IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>Defendant. | Case No. 22-cv-04775 |

## DECLARATION OF ROBERT C. BEVIS

I, Robert C. Bevis, Plaintiff in the above-captioned suit, state the following under oath as if testifying in court:

1. I am a business owner in the City of Naperville, Illinois, and a law-abiding citizen of the United States.

2. The business I own in Naperville is (Plaintiff) Law Weapons, Inc. d/b/a Law Weapons & Supply, which is a duly registered Illinois corporation which operates in Naperville, and is actively engaged in the commercial sale of firearms, including the most commonly owned semi-automatic rifles, including the AR-15.

3. On August 16, 2022, Naperville passed an ordinance banning the commercial sale of the most commonly owned semi-automatic rifles, including the AR-15.

4. I and my customers desire to exercise our Second Amendment right to acquire the Banned Firearms within the City of Naperville for lawful purposes, including, but not limited to, the defense of our homes.

5. When the Naperville Ordinance becomes effective on January 1, 2023, I and my customers will be prohibited from exercising our Second Amendment rights in this fashion,

which means I and my business will go out of business, but even worse, the citizens of Naperville will be left as sitting ducks for criminals who will still get guns.

6. The ban applies to licensed gun sellers, but not private sales by unlicensed parties, which discriminates against me as a licensed gun seller.

7. This ordinance will make the public less safe by limiting the ability of the public to protect themselves in the precious time it would take for police to respond to any threat to the public. Law Weapons and Supply in Naperville, Illinois has served the public, police force, and the FBI with training and equipment since 2014.

8. The gun ban is scheduled to go into effect on January 1, 2023.

9. I, the owner of Law Weapons, Inc., supported by my family, my staff, and a legion of friends and supporters, have been vigorously fighting against this ban.

10. Now that the City of Naperville has passed this gun ban ordinance, the fight to keep Law Weapons' doors open will continue next in this Court.

11. This is not an issue limited to Law Weapons, Inc. and Naperville; those opposing the Second Amendment right to keep and bear arms are planning right now to pass similar bans all over the State of Illinois, using Naperville as the model.

12. Thus, it is essential to find ordinances such as the one enacted in Naperville unconstitutional as violative of the Second Amendment to the United States Constitution.

I, Robert C. Bevis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

*/s/ Robert C. Bevis*

_____

Robert C. Bevis
November 17, 2022