## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Robert Bevis, et al.
                              Plaintiff,

v.                                                Case No.: 1:22–cv–04775
                                                         Honorable Virginia M. Kendall

City of Naperville, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 11/21/2022 via Webex. Oral argument heard regarding Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [10]. The Court takes Motion [10] under advisement. Defendant's oral motion for extension of time to Answer is granted. Answer shall be filed by 11/28/2022. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.