# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robert Bevis, et al.

                               Plaintiff,

v.                                                    Case No.: 1:22–cv–04775
                                                          Honorable Virginia M. Kendall

City of Naperville, Illinois

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 23, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties are directed to submit supplemental briefing on the following questions: (1) whether the Second Amendment's plain text covers the conduct at issue in Naperville's ordinance banning the sale of so–called "assault weapons," and (2) if so, whether the "regulation is consistent with this Nation's historical tradition of firearm regulation." N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen, 142 S. Ct. 2111, 2126 (2022). Briefs are due on December 5, 2022, and should not exceed 20 pages. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.