IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>Defendant. | Case No. 22-cv-04775 |

## INITIAL JOINT STATUS REPORT

The parties submit the following Initial Joint Status Report.

**A.  Nature of the Case**

This action is a Second Amendment challenge to Chapter 19 of Title 3 of the Naperville Municipal Code, which bans the commercial sale of certain semi-automatic firearms. The parties informed the Court of their claims and defenses in connection with Plaintiffs' motion for temporary restraining order and the November 21, 2022, hearing regarding that motion.

**B.  Possibility of Settlement**

The parties do not believe settlement is likely.

**C.  Nature and Length of Discovery**

The parties believe that the most efficient use of resources at this time is to focus on Plaintiffs' pending motion for temporary restraining order and preliminary injunction. The parties will address a discovery schedule following the court's ruling on the pending motion for injunctive relief.

1

**D.      No Consent to Magistrate Judge**

The parties do not consent to proceed before a Magistrate Judge.

Respectfully submitted this 28th day of November 2022.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com
*Admission Pro Hac Vice pending*

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

**Attorney's for Plaintiffs**

*/s/ Christopher B. Wilson*

_____
Christopher B. Wilson, Bar No. 06202139
CWilson@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Dr., Suite 3400
Chicago, Illinois 60606-1511
Tel: 312.324.8400

*Attorney for City of Naperville*