# Exhibit B

## Nonstock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | National Association for Gun Rights, Inc. | Entity Type: | Nonstock Corporation |
| Entity ID: | 05376561 | Formation Date: | 03/29/2000 |
| Jurisdiction: | VA | | |
| Status: | Active | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | RA Qualification: | Officer of the Corporation |
| Name: | DAVE A WARRINGTON | Registered Office Address: | 101 WASHINGTON STREET, FALMOUTH, VA, 22405 - 0000, USA |
| Locality: | STAFFORD COUNTY | | |

### Principal Office Address

Address: David Warrington, P O BOX 7002, FREDERICKSBURG, VA, 22404 - 0000, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| President | Yes | DUDLEY BROWN | 2300 W Eisenhower Blvd, Loveland, CO, 80537 - 0000, USA |
| Secretary | Yes | CHRISTINA JEFFREY | 801 PALMETTO STREET, SPARTANBURG, SC, 29302 - 0000, USA |
| | Yes | MICHAEL I ROTHFIELD | 101 WASHINGTON STREET, FALMOUTH, VA, 22405 - 0000, USA |
| Treasurer | Yes | DAVID A WARRINGTON | PO BOX 230606, CENTREVILLE, VA, 20120 - 0000, USA |

### Signature Information

Date Signed: 02/08/2022

| Printed Name | Signature | Title |
|---|---|---|
| David A Warrington | David A Warrington | Treasurer |