## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Robert C. Bevis     v.                Case Number: 1:22-cv-04775
City of Naperville, IL, et al.

An appearance is hereby filed by the undersigned as attorney for:

City of Naperville, a Municipal Corporation

Attorney name (type or print):   Kahin Gabriel Tong

Firm:   Perkins Coie LLP

Street address:   110 North Wacker Drive, Suite 3400

City/State/Zip:   Chicago, IL 60606

Bar ID Number: 6342969                 Telephone Number: 312.324.8400
(See item 3 in instructions)

Email Address:   GTong@perkinscoie.com

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?          ☐ Yes  ☑ No

Are you a member of the court's trial bar?            ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.       ☐ Retained Counsel

                                                     ☐ Appointed Counsel
                                                        If appointed counsel, are you

                                                           ☐ Federal Defender

                                                           ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   11/29/2022

Attorney signature:   S/   Kahin Gabriel Tong
                          (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015