**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Robert Bevis, et al.
                              Plaintiff,

v.                                          Case No.: 1:22–cv–04775
                                                    Honorable Virginia M. Kendall

City of Naperville, Illinois
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 2, 2022:

      MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Defendant's Motion for extension of time to file response/reply [23] regarding Motion for Temporary Restraining Order [10] is granted in part. Response shall be due by 12/7/2022; Reply due 12/12/2022. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.