IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>Defendant. | Case No. 22-cv-04775 |

**STIPULATION REGARDING STAY**

Plaintiffs and Defendant, by and through their respective attorneys, hereby stipulate to the entry of an ORDER STAYING ENFORCEMENT OF ORDINANCE in the form attached to this Stipulation.

/s/ Barry K. Arrington
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice pending*

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or
craddocklaw@icloud.com

Attorneys for Plaintiffs

/s/ Christopher B. Wilson
_____
Christopher B. Wilson
Perkins Coie LLC
110 North Wacker Drive
Suite 3400
Chicago, IL 60606-1511
(312) 324-8603
cwilson@perkinscoie.com

Attorney for Defendant

1