**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation; | ) ) ) ) ) | Case No. 22-cv-04775 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF NAPERVILLE, ILLINOIS, | ) ) | |
| Defendant. | ) | |

**<u>ORDER STAYING ENFORCEMENT OF ORDINANCE</u>**

THE COURT, having reviewed the parties' December 7, 2022 Stipulation Regarding Stay, and being otherwise fully informed of the premises,

IT IS HEREBY ORDERED,

1.      For purposes of this Order the term "Ordinance" shall mean Chapter 19 of Title 3 of the Naperville Municipal Code.

2.      Defendant hereby agrees not to enforce, attempt to enforce, threaten to enforce; or to otherwise require compliance with the Ordinance while this Order is in effect.

3.      Plaintiffs are not required to post a security bond.

4.      This Order shall remain in effect until the Court rules on Plaintiffs' pending motion for preliminary injunction.   The parties shall submit an agreed briefing schedule for Plaintiffs' preliminary injunction motion, subject to the Court's approval, within seven (7) days of the entry of this ORDER.

BY THE COURT

_____

United States District Court Judge