IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Bevis, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS, a municipal corporation, <br><br> Defendant. | Case No. 1:22-cv-04775 <br><br> Honorable Virginia M. Kendall |

# **DECLARATION OF CHRISTOPHER B. WILSON IN SUPPORT OF NAPERVILLE'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Christopher B. Wilson, declare under penalty of perjury as follows:

1. I am an attorney at Perkins Coie LLP. I am an attorney for Defendant City of Naperville in the above-captioned action and am fully familiar with all the facts and circumstances of the instant matter.

2. Attached hereto as Exhibit A is a true and correct copy of Ordinance No. 22 - 099, adding Chapter 19, "Regulation of the Commercial Sale of Assault Rifles," to Title 3 of the City of Naperville's Municipal Code.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Professor Saul Cornell filed by the California Attorney General as ECF 137-3 in *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB (S.D. Cal.) on October 13, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Professor Robert Spitzer filed by the California Attorney General as ECF 137-8 in *Miller v. Bonta*, Case 3:19-cv-01537-BEN-JLB (S.D. Cal.) on October 13, 2022.

-2-

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Professor Michael Vorenberg filed by the California Attorney General as ECF 137-9 in *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB (S.D. Cal.) on October 13, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of the Supplemental Declaration of Professor Louis Klarevas filed by the California Attorney General as ECF 118-6 in *Duncan v. Bonta*, Case No. 17-cv-BEN-LJB (S. D. Cal.) on November 10, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Randolph Roth filed by the California Attorney General as ECF 137-7 in *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB (S.D. Cal.) on October 13, 2022.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Professor Saul Cornell filed by the California Attorney General as ECF 118-4 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-LJB (S. D. Cal.) on November 10, 2022.

9. Naperville intends to retain the authors of Exhibit B-G (or other witnesses with similar expertise) as expert witnesses in this case, but were unable to do so in time for such experts to execute declarations. Naperville attaches relevant expert declarations from these prior cases to demonstrate the likelihood of factual issues for the Court to consider on the merits.

**I declare under penalty of perjury that the foregoing is true and correct**.

EXECUTED at Chicago, Illinois, on December 19th, 2022.

Dated: December 19, 2022         By: *s/ Christopher B. Wilson*
                                    Christopher B. Wilson, Bar No. 06202139
                                    CWilson@perkinscoie.com
                                    PERKINS COIE LLP
                                    110 North Wacker Drive, Suite 3400
                                    Chicago, Illinois 60606-1511
                                    Telephone: +1.312.324.8400

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice pending

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

Attorneys for Plaintiffs

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of December.

*s/ Christopher B. Wilson*
Christopher B. Wilson
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Phone: +1.312.324.8400
Fax: +1.312.324.9400