IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>Defendant. | Case No. 22-cv-04775 |

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**

On November 28, 2022, the City of Naperville, Illinois filed a partial motion to dismiss [Doc. 20] the claims of National Association for Gun Rights.

IT IS HEREBY ORDERED, that following briefing schedule is set regarding this motion:

Response Date: January 9, 2023

Reply Date: January 23, 2023

Dated: _____

BY THE COURT

_____
United States District Court Judge

1