# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robert Bevis, et al.

                              Plaintiff,

v.                                                     Case No.: 1:22–cv–04775

                                                           Honorable Virginia M. Kendall

City of Naperville, Illinois

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 4, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall: Unopposed motion to set briefing schedule for motion to dismiss [36] is granted in part and the Court sets the following briefing schedule on defendant's partial motion to dismiss [20]: plaintiffs' response due 1/18/2023; defendant's reply due 1/25/2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.