**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Robert Bevis, et al.
       Plaintiff,

v.               Case No.: 1:22−cv−04775
               Honorable Virginia M. Kendall

City of Naperville, Illinois
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 19, 2023:

  MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing set for 1/23/2023 is reset for 9:15 AM which will proceed in Courtroom 2503. Virtual hearings will be held on Fridays at 9:30 AM. Virtual hearing requests must be pre−approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.