IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>Defendants. | Case No. 22-cv-04775 |

**PLAINTIFFS' NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Fed. R. Civ. P. 5.1, Plaintiffs file this Notice of Constitutional Question. This Notice concerns Plaintiffs challenge to the constitutionality of certain portions of HB5471, which became effective on January 10, 2023, available at IL LEGIS 102-1116 (2022), 2022 Ill. Legis. Serv. P.A. 102-1116 (H.B. 5471). As set forth more fully in Plaintiffs' First Amended and Supplemented Complaint, the question raised is whether portions of the law violate the Second Amendment to the United States Constitution.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

In addition, a true and correct copy of this Notice and the First Amended and Supplemented Complaint has been placed in the United States mail, first-class postage prepaid and addressed to:

Kwame Raoul
Illinois Attorney General
500 South Second Street
Springfield, IL 62701

Kwame Raoul
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

Barbara Lynn Greenspan
Aaron Paul Wenzloff
Gretchen Elizabeth Helfrich
Illinois Attorney General's Office
100 W Randolph Street
11th Floor
Chicago, Illinois 60601-3218

In addition, , a true and correct copy of this Notice and the First Amended and Supplemented Complaint were emailed to:

barbara.greenspan@illinois.gov
aaron.wenzloff@ilag.gov
gretchen.helfrich@ilag.gov

*/s/ Barry K. Arrington*
_____
Barry K. Arrington