IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>Defendants. | Case No. 22-cv-04775 |

## DECLARATION OF ROBERT C. BEVIS

1. My name is Robert C. Bevis. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am a business owner in the City of Naperville and a law-abiding citizen of the United States. I am a member of NAGR.

3. Plaintiff Law Weapons, Inc. d/b/a Law Weapons & Supply ("LWI") is an Illinois corporation which operates in the City. LWI is engaged in the commercial sale of firearms. A substantial part of LWI's business consists of the commercial sale of State Banned Firearms and Banned Magazines.

4. I and LWI and LWI's customers desire to exercise our Second Amendment right to acquire, possess, carry, sell, purchase and transfer State Banned Firearms and Banned Magazines for lawful purposes, including, but not limited to, the defense of our homes. The State Law prohibits or soon will prohibit us from exercising their Second Amendment rights in

1



this fashion. LWI asserts the claims set forth in this action on its own behalf and on behalf of its customers who are prohibited by the State Law from acquiring arms protected by the Second Amendment.

I, Robert C. Bevis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Robert C. Bevis

January 24, 2023