**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 22-cv-04775<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TEMPORARY RESTRAINING ORDER**

1.  The Court **GRANTS** the motion for a temporary restraining order filed by Plaintiffs against Defendant Jason Arres.

2.  The Court **ENTERS** this Temporary Restraining Order on _____, 2023 at _____ \_\_.M. Fed. R. Civ. P. 65(b)(2).

3.  Defendant Arres and his employees, officers, agents, and representatives, and all those acting in concert or participation with him are **RESTRAINED** from enforcing the ban on semiautomatic firearms and standard capacity magazines, consisting of 720 ILL. COMP. STAT. 5/24-1.9(b) & (c); 5/24-1.10(b) & (c) and all related regulations, policies, and/or customs designed to enforce or implement the same.

4.  Unless the Court enters this Temporary Restraining Order, the Plaintiffs and/or their members will suffer irreparable harm.

5. Plaintiffs do not need to post a security bond because enjoining Defendant Arres from prohibiting Plaintiffs' exercise of their Second Amendment rights does not interfere with his rights. Fed. R. Civ.P. 65(c).

6. Pursuant to Fed. R. Civ. P. 65(b)(4), Defendant Arres may apply to this Court to dissolve or modify this Order on two days' notice, or such shorter notice as this Court may allow, but no such application shall serve to suspend this Temporary Restraining Order once effective or stay its terms unless otherwise ordered by this Court.

7. This Temporary Restraining Order shall remain in effect for fourteen (14) days from its effective date, unless it is otherwise modified by the Court. If Plaintiffs seek to extend this Temporary Restraining Order or if Defendant Arres consents to an extension of this Temporary Restraining Order, they shall notify the Court as soon as possible. See Fed. R. Civ. P. 65(b)(2).

BY THE COURT

_____
United States District Court Judge