**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation, | ) ) ) ) ) | Case No. 22-cv-04775 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES, | ) ) ) | |
| Defendants. | ) ) | |

**SUGGESTION OF MOOTNESS AND REQUEST TO DENY
MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs suggest that the City of Naperville's Partial Motion to Dismiss [Doc. 20] is moot as it is directed at the allegations of a complaint that is no longer operative. Accordingly, Plaintiffs respectfully request the Court to deny the motion [Doc. 20] without prejudice.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice*

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200

Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington