# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robert Bevis, et al.

                          Plaintiff,

v.                                           Case No.: 1:22–cv–04775
                                                        Honorable Virginia M. Kendall

City of Naperville, Illinois, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 1/27/2023. Oral argument heard regarding Motion for Temporary Restraining Order [50]. Defendant shall file Response to Motion [50] on or before 1/30/2023. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.