# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Bevis, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>                Defendant. | Case No. 1:22-cv-04775<br><br>Honorable Virginia M. Kendall |

**DECLARATION OF CHRISTOPHER B. WILSON IN SUPPORT OF NAPERVILLE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Christopher B. Wilson, declare under penalty of perjury as follows:

1. I am an attorney at Perkins Coie LLP. I am the attorney for Defendant, City of Naperville, in the above-captioned action and am fully familiar with all the facts and circumstances of the instant matter.

2. Attached hereto as Exhibit B is a true and correct copy of Ordinance No. 22 - 099, adding Chapter 19, "Regulation of the Commercial Sale of Assault Rifles," to Title 3 of the City of Naperville's Municipal Code.

3. Attached hereto as Exhibit C is a true and correct copy of the Protect Illinois Communities Act, House Bill 5471 ("HB5471").

4. Attached hereto as Exhibit D is the Declaration of Phil Andrew filed by the City of Highland Park as ECF 45-3 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

5. Attached hereto as Exhibit E is the Declaration of Ryan Busse filed by the City of Highland Park as ECF 45-4 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

-2-

6. Attached hereto as Exhibit F is the Declaration of Stephen Hargarten filed by the City of Highland Park as ECF 45-5 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

7. Attached hereto as Exhibit G is the Declaration of Louis Klarevas filed by the City of Highland Park as ECF 45-6 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

8. Attached hereto as Exhibit H is the Declaration of Randolph Roth filed by the City of Highland Park as ECF 45-7 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

9. Attached hereto as Exhibit I is the Declaration of Martin Schreiber filed by the City of Highland Park as ECF 45-8 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

10. Attached hereto as Exhibit J is the Declaration of Robert Spitzer filed by the City of Highland Park as ECF 45-9 in *Goldman v. City of Highland Park*, Case No. 1:22-cv-04774 (N. D. Ill.) on January 19, 2023.

11. Attached hereto as Exhibit K is the Declaration of Saul Cornell filed by the California Attorney Ein *Miller v. Bonta,* Case No. 3:19-cv-01537-BEN-JLB (S.D. Cal.) on October 13, 2022.

12. Attached hereto as Exhibit L is a chart documenting mass shootings with the most deaths in recent years. This chart was included in Naperville's Supplemental Brief In Opposition to Plaintiffs' previously filed Motion For Temporary Restraining Order And Preliminary Injunction.

13. Naperville intends to retain the authors of Exhibit B-G or other witnesses with similar expertise) as expert witnesses in this case, but were unable to do so in time for such experts to execute declarations. Naperville attaches relevant expert declarations from these prior cases to demonstrate the likelihood of factual issues for the Court to consider on the merits. .

**I declare under penalty of perjury that the foregoing is true and correct**.

-3-

EXECUTED at Chicago, Illinois, on January 30th, 2023.

Dated: January 30, 2022

By: *s/ Christopher B. Wilson*
Christopher B. Wilson, Bar No. 06202139
CWilson@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400

-3-

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice pending

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

Attorneys for Plaintiffs

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of January.

*s/ Christopher B. Wilson*
Christopher B. Wilson
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Phone: +1.312.324.8400
Fax: +1.312.324.9400