# Exhibit L

| Date | Mass Shooting | Deaths | Injured | Weapon(s) Used |
|---|---|---|---|---|
| July 4, 2022 | Highland Park Parade Shooting | 7 | 48 | AR-15 |
| May 24, 2022 | Uvalde, Texas Elementary School Shooting | 21 | 17 | AR-15 |
| May 14, 2022 | Buffalo, New York Supermarket Shooting | 10 | 3 | AR-15 |
| August 3, 2019 | El Paso Wal-Mart Shooting | 23 | 23 | AK-47 |
| October 27, 2018 | Pittsburgh Synagogue Shooting | 11 | 6 | AR-15; Glocks |
| February 14, 2018 | Stoneman Douglas High School Shooting | 17 | 17 | AR-15 |
| November 5, 2017 | Sutherland Springs Church Shooting | 26 | 22 | AR-15; semi-automatic pistols |
| October 1, 2017 | Las Vegas Strip Shooting | 60 | 867 | AR-15; AR-10; bolt-action rifle; revolver |
| June 12, 2016 | Orlando Pulse Nightclub Shooting | 49 | 58 | Sig Sauer MCX; Glock |
| December 2, 2015 | San Bernardino Shooting | 14 | 24 | AR-15; semi-automatic pistols |
| December 14, 2012 | Sandy Hook Elementary School Shooting | 26 | 2 | AR-15; Glock; bolt-action rifle |
| July 20, 2012 | Aurora, Colorado Movie-Plex Shooting | 12 | 70 | AR-15; shotgun; Glock |
| March 10, 2009 | Geneva County Shootings | 10 | 6 | AR-15; SKS semiautomatic rifle; handgun |