IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS,<br><br>  Defendant. | Case No. 22-cv-04775 |

NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), PLAINTIFFS appeal the Order denying Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, entered on February 17, 2023 (Dkt. 63).

Respectfully submitted this 21st day of February, 2023.

/s/ Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice

*Attorneys for Plaintiffs*

<u>Certificate of Service</u>

The foregoing was filed and served on February 21, 2023, via this Court's CM/ECF system of electronic filing which will cause service to be had upon all parties of record who have appeared in this matter:

Christopher B. Wilson, CWilson@perkinscoie.com
Micaela M. Snashall, MSnashall@perkinscoie.com
Gabriel Tong, GTong@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511

*Attorneys for City of Naperville*