# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bevis, et al. v. City of Naperville, IL    Case Number: 22-cv-04775

An appearance is hereby filed by the undersigned as attorney for:

Illinois Attorney General, Kwame Raoul, on behalf of the State of Illinois

Attorney name (type or print): Christopher G. Wells

Firm: Office of the Illinois Attorney General

Street address: 100 W. Randolph St., 12th Floor

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6304265         Telephone Number: 312-814-3000
(See item 3 in instructions)

Email Address: Christopher.Wells@ilag.gov

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 23, 2023

Attorney signature:  S/ Christopher G. Wells
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015