# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 23, 2023

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-1353
>
> Caption:
> ROBERT BEVIS, et al.,
>      Plaintiffs - Appellants
>
> v.
>
> CITY OF NAPERVILLE, a municipal corporation and JASON ARRES,
>      Defendants - Appellees
>
> District Court No: 1:22-cv-04775
> District Judge Virginia M. Kendall
> Clerk/Agency Rep Thomas G. Bruton
> Court Reporter Gayle McGuigan
>
> Date NOA filed in District Court: 02/21/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)