UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Robert Bevis, et al.
    Plaintiff,
v.                                        Case No.: 1:22−cv−04775
                                          Honorable Virginia M. Kendall
City of Naperville, Illinois, et al.
    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 24, 2023:

   MINUTE entry before the Honorable Virginia M. Kendall. Illinois Attorney General Kwame Raoul moves to intervene. Federal Rule of Civil Procedure 5.1 provides that whenever "a state statute is questioned," like here, the state attorney general has a right to intervene. Illinois seeks to exercise that right. Plaintiffs have appealed this Court's decision denying a temporary restraining order and preliminary injunction. (Dkt. [64]). But the filing of an appeal divests the district court of jurisdiction only over aspects of the case involved in the appeal. See Kusay v. United States, 62 F.3d 192, 19394 (7th Cir. 1995); see also Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 5960 (1982). And the district court retains jurisdiction "to take additional action in aid of the appeal despite the pendency of an appeal." Brown v. Pierson, 12 F. App'x 398, 402 (7th Cir. 2001) (citing Chicago Downs Ass'n v. Chase, 944 F.2d 366, 370 (7th Cir.1991) and Textile Banking Co. v. Rentschler, 657 F.2d 844, 84950 (7th Cir.1981)). Therefore, the Illinois Attorney General's motion to intervene [68] is granted insofar as it seeks to intervene in district−court proceedings. The motion for leave to file a written response to Plaintiffs' argument in their Motions for Temporary Restraining Order and Preliminary Injunction is denied because the Court has already ruled on both motions. The Attorney General can file responses to any "subsequent challenges to the Act's constitutionality" in this Court. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.