**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Robert Bevis, et al.
                                Plaintiff,

v.                                                    Case No.: 1:22–cv–04775
                                                              Honorable Virginia M. Kendall

City of Naperville, Illinois, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 2, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. For the reasons stated in this Court's prior Opinion [63], the Motion for a Preliminary Injunction pending an appeal [71] is denied. Intervenor's Motion to file Brief in Opposition [72] is dismissed as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.