UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. BEVIS, and NATIONAL ASSOCIATION FOR GUN RIGHTS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES, <br><br> *Defendants*; | Case No. 1:22-cv-04775 <br><br> Hon. Virginia M. Kendall |
| JAVIER HERRERA, <br><br> *Plaintiff*, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, COOK COUNTY, a body politic and corporate, TONI PRECKWINKLE, in her official capacity County Board of Commissioners President, KIMBERLY M. FOXX, in her official capacity as Cook County State's Attorney, THOMAS J. DART, in his official capacity as Sheriff of Cook County, CITY OF CHICAGO, a body politic and corporate, DAVID O'NEAL BROWN, in his official capacity as Superintendent of Police for the Chicago Police Department, <br><br> *Defendants*. | Case No. 1:23-cv-00532 <br><br> Hon. Lindsay C. Jenkins |

**PLAINTIFF'S NOTICE OF REPLY IN SUPPORT OF MOTION
FOR RULE 40.4 REASSIGNMENT OF RELATED CASES**

Movant Dr. Javier Herrera, the plaintiff in the related case of *Herrera v. Raoul*, No. 1:23-cv-532, files this notice and attaches a copy of his reply brief in support of reassignment under Local Rule 40.4. Counsel filed the reply in the lowest-numbered case where reassignment would be appropriate, *Goldman v. City of Highland Park*, No. 1:22-cv-4774. As discussed in the attached reply, Plaintiff and Defendants agree that reassignment of related Second Amendment cases is warranted. Counsel for Dr. Herrera and the State Defendants agree that reassignment to this Court is best for judicial economy in light of this Court's recent opinion in *Bevis v. City of Naperville*, No. 22-cv-4775, ECF 63, 2023 WL 2077392 (N.D. Ill. Feb. 17, 2023). The County Defendants do not oppose reassignment to this Court but would prefer reassignment to Chief Judge Rebecca R. Pallmeyer to be heard alongside another related case, even though plaintiffs in that case are seeking to stay that case. For the reasons explained in the motion for reassignment and the attached reply, Dr. Herrera respectfully requests that his case be reassigned to this Court.

| | |
|---|---|
| Dated: March 6, 2023 | Respectfully submitted, |
| | /s/ *Taylor A.R. Meehan* |
| Gene P. Hamilton* | Thomas R. McCarthy* |
| Reed D. Rubinstein* | Jeffrey M. Harris* |
| Michael Ding (IL ARDC 6312671) | Taylor A.R. Meehan (IL ARDC 6313481) |
| AMERICA FIRST LEGAL FOUNDATION | C'Zar D. Bernstein* |
| 300 Independence Avenue SE | Matthew R. Pociask* |
| Washington, DC 20003 | CONSOVOY MCCARTHY PLLC |
| Tel: (202) 964-3721 | 1600 Wilson Blvd., Ste. 700 |
| gene.hamilton@aflegal.org | Arlington, VA 22209 |
| reed.rubinstein@aflegal.org | (703) 243-9423 |
| michael.ding@aflegal.org | tom@consovoymccarthy.com |
| | jeff@consovoymccarthy.com |
| Gregory Abbott Bedell | taylor@consovoymccarthy.com |
| KNABE & BEDELL | czar@consovoymccarthy.com |
| 33 North Dearborn Street, 10th Floor | matt@consovoymccarthy.com |
| Chicago, IL 60602 | |
| (312) 977-9119 | |
| gbedell@kkbchicago.com | |

\* *Admitted pro hac vice
 in Herrera v. Raoul*, No. 1:23-cv-0532 (N.D. Ill.)

*Counsel for Plaintiff Javier Herrera
in Herrera v. Raoul et al.*, No. 1:23-cv-0532

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record.

Dated: March 6, 2023                                                       */s/ Taylor A.R. Meehan*
                                                                          Taylor A.R. Meehan