**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Bevis v. City of Naperville, Illinois        Case Number: 1:22-cv-04775

An appearance is hereby filed by the undersigned as attorney for:
Non-Party City of Highland Park, Illinois

Attorney name (type or print): David H. Hoffman

Firm: Sidley Austin LLP

Street address: One South Dearborn

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6229441        Telephone Number: (312) 853-7000
(See item 3 in instructions)

Email Address: david.hoffman@sidley.com

Are you acting as lead counsel in this case?        ☐ Yes  ☑ No

Are you acting as local counsel in this case?        ☐ Yes  ☑ No

Are you a member of the court's trial bar?        ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?        ☐ Yes  ☑ No

If this is a criminal case, check your status.        ☐ Retained Counsel

                                ☐ Appointed Counsel
                                If appointed counsel, are you

                                ☐ Federal Defender

                                ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 22, 2023

Attorney signature:        S/  David H. Hoffman
                (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015