UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>    Defendants. | No. 1:22-cv-04775<br><br>Honorable Virginia M. Kendall<br><br>Honorable Beth W. Jantz |

**NOTICE REGARDING SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION TO REASSIGN CASE UNDER LOCAL RULE 40.4**

  The City of Highland Park, Illinois ("Highland Park") submits this Notice to apprise the Court of the briefing regarding its motion to reassign *Goldman v. City of Highland Park*, No. 1:22-cv-04774 (N.D. Ill.) (the "Highland Park case"). Highland Park's motion is attached as Exhibit 1 (the "Motion"), and its recently filed supplemental brief is attached as Exhibit 2 (the "Supplemental Brief"). The Motion is pending before Chief Judge Pallmeyer in another case, *see* Dkt. 54 in Case No. 1:21-cv-04595 (N.D. Ill.), and Highland Park submits this Notice regarding the Supplemental Brief, Dkt. 94 in Case No. 1:21-cv-04595 (N.D. Ill.), solely for the Court's information.

  In the Northern District of Illinois, there are four cases in front of four different judges considering the same essential question of law: whether, in light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), governments may lawfully ban the possession or sale of assault weapons. The four actions are *Viramontes v. County of Cook*, No. 1:21-cv-04595 (N.D. Ill.) (the "Cook County case"), pending before Chief

Judge Rebecca R. Pallmeyer; *Goldman v. City of Highland Park*, No. 1:22-cv-04774 (N.D. Ill.), pending before Judge Harry D. Leinenweber; *Bevis v. City of Naperville*, No. 1:22-cv-04775 (N.D. Ill.) (the "Naperville case"), pending before this Court; and *Herrera v. Raoul*, No. 1:23-cv-00532 (N.D. Ill.) (the "*Herrera* case"), pending before Judge Lindsay C. Jenkins.

On December 23, 2022, Highland Park moved to reassign the Highland Park case to Chief Judge Pallmeyer's docket as related to the Cook County case. The Motion was initially opposed by the Highland Park Plaintiffs.

As set out in the Supplemental Brief, circumstances have changed since Highland Park filed its Motion: (1) The Plaintiffs in the Highland Park case now agree that the factors for reassignment are met; (2) this Court has ruled on the related preliminary injunction motion in the Naperville case, and that ruling is now the subject of a pending appeal before the Seventh Circuit; (3) the preliminary injunction motion is fully briefed in the Highland Park case; and (4) the summary judgment schedule in the Cook County case has been delayed significantly.

For the reasons discussed in Highland Park's Motion and Supplemental Brief, Highland Park believes that reassignment of related cases to one judge will promote the efficient use of judicial resources and avoid the risk of inconsistent rulings and piecemeal appeals. Because this Court's recent ruling in the Naperville case decided key factual and legal issues that are also central to the Highland Park case, and because the Naperville case is now on appeal with briefing in the Seventh Circuit due to end on May 25, 2023, Highland Park suggested in the Supplemental Brief that the Highland Park case should be handled by whichever judge can most expeditiously decide the preliminary injunction motion that is now fully briefed and pending in the Highland Park case. Given this Court's ruling and the very close overlap between the Highland Park and

Naperville cases, Highland Park suggested in its Supplemental Brief that this Court may be able to most expeditiously resolve the preliminary injunction motion in the Highland Park case.

Dated: March 22, 2023

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)
Neil H. Conrad (No. 6321947)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
nconrad@sidley.com

*Attorneys for Non-Party City of Highland Park, Illinois*