# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

April 18, 2023

*By the Court:*

| | |
|---|---|
| | ROBERT BEVIS, et al., |
| | Plaintiffs - Appellants |
| | v. |
| | CITY OF NAPERVILLE, a municipal corporation and JASON ARRES, |
| No. 23-1353 | Defendants - Appellees |
| | and |
| | STATE OF ILLINOIS, |
| | Intervening Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-04775 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall, |

The following are before the court:

1. **MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel the appellants.

2. **APPENDIX TO MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel for the appellants.

3. **INTERVENING STATE APPELEE'S OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

4. **INTERVENING STATE APPELLEE'S SEPARATE APPENDIX TO OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, VOLUME 1 OF 2**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

No. 23-1353                                                                          Page 2

5.  **INTERVENING STATE APPELLEE'S SEPARATE APPENDIX TO OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, VOLUME 2 OF 2**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

6.  **CITY OF NAPERVILLE AND JASON ARRES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 21, 2023, by counsel for the appellees City of Naperville and Jason Arres.

7.  **PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 24, 2023, by counsel for the appellants.

**IT IS ORDERED** that the motion for an injunction pending appeal is **DENIED**.