# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 12, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al.,<br>　　　　Plaintiffs - Appellants<br>v.<br><br>CITY OF NAPERVILLE, a municipal corporation and JASON ARRES,<br>　　　　Defendants - Appellees<br>and<br><br>STATE OF ILLINOIS,<br>　　　　Intervening Appellee |
| Nos. 23-1793, 23-1825, 23-1826, 23-1826 & 23-1828 | JAVIER HERRERA, CALEB BARNETT, et al.,<br>　　　　Plaintiff - Appellant<br>v.<br><br>KWAME RAOUL, et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-04775<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||
| **Originating Case Information:** ||
| District Court Nos: 1:23-cv-00532, 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM & 3:23-cv-00215-SPM<br>Northern District of Illinois, Eastern Division<br>District Judges Lindsay C. Jenkins & Stephen P. McGlynn ||

Nos. 23-1353, et al.                                                                                           Page 2

*Herrera v. Raoul*, No. 23-1793, is consolidated with *Barnett v. Raoul*, Nos. 23-1825 through 23-1828. These appeals will be briefed on the following schedule:

1. Briefs for the governmental parties (whether appellants or appellees) are due June 5, 2023.

2. Briefs for the plaintiffs are due June 19, 2023.

3. Reply briefs, if any, are due June 26, 2023.

Motions to extend these dates, or to allow late filings by amici curiae, will not be entertained.

One litigant may file only one brief in all five consolidated appeals, and the court encourages multiple litigants on the same side to file joint briefs to the extent possible.

These consolidated cases, together with *Bevis v. Naperville*, No. 23-1353, will be argued the morning of June 29. Argument is set for 90 minutes, with the governmental litigants sharing 45 minutes and the litigants contesting the laws sharing 45 minutes. The court encourages counsel to agree on an allocation that minimizes the number of different lawyers who will present argument. If counsel are unable to agree, they should notify the court, which will allocate time.

In the meantime, the statutes remain in effect. This court already has denied a motion for an injunction pending appeal in *Bevis*. As for the *Barnett* appeals: based on our review of the parties' submissions, the breadth of the litigation, and the differing conclusions reached by different district judges, we conclude that the stay of the district court's order already entered will remain in effect until these appeals have been resolved and the court's mandate has issued.

---

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J**    (form ID: **177**)