# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted November 21, 2023
Decided November 22, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 23-1353

| | |
|---|---|
| ROBERT BEVIS, *et. al.*, | Appeal from the United States District |
|    *Plaintiffs-Appellants*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| v. | |
| | No. 1:22-cv-04775 |
| CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES, | |
|    *Defendants-Appellees*, | Virginia M. Kendall, |
| |                *Judge*. |
| and | |
| THE STATE OF ILLINOIS, | |
|    *Intervening Appellee*. | |

**O R D E R**

Plaintiffs-Appellants' motion for an injunction pending the disposition of their petition for rehearing *en banc* and the filing and disposition of any follow-on petition for a writ of certiorari in the Supreme Court of the United States is **DENIED**.