# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 19, 2023

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al., <br>  Plaintiffs - Appellants <br><br> v. <br><br> CITY OF NAPERVILLE, a municipal corporation and JASON ARRES, <br>  Defendants - Appellees <br><br> and <br><br> STATE OF ILLINOIS, <br>  Intervening Appellee |
| No. 23-1793 | JAVIER HERRERA, <br>  Plaintiff - Appellant <br><br> v. <br><br> KWAME RAOUL, et al., <br>  Defendants - Appellees |
| No. 23-1825 | CALEB BARNETT, et al., <br>  Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL and BRENDAN F. KELLY, <br>  Defendants - Appellants |

| | |
|---|---|
| No. 23-1826 | DANE HARREL, et al.,<br>　　　Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>　　　Defendants - Appellants |
| No. 23-1827 | JEREMY W. LANGLEY, et al.,<br>　　　Plaintiffs - Appellees<br><br>v.<br><br>BRENDAN KELLY,<br>　　　Defendant - Appellant |
| No. 23-1828 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br>　　　Plaintiffs - Appellees<br><br>v.<br><br>JAY ROBERT PRITZKER, et al.,<br>　　　Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-04775 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall |
| **Originating Case Information:** |
| District Court No: 1:23-cv-00532 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00209-SPM |
| Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00141-SPM |
| Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00192-SPM |
| Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00215-SPM |
| Southern District of Illinois |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A

certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:              No record to be returned

form name: **c7_Mandate**   (form ID: **135**)