# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

## FINAL JUDGMENT

November 3, 2023

Before

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al., <br>    Plaintiffs - Appellants <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS and JASON ARRES, <br>    Defendants - Appellees <br><br> and <br><br> STATE OF ILLINOIS, <br>    Intervening Appellee |

**Originating Case Information:**
District Court No: 1:22-cv-04775
Northern District of Illinois, Eastern Division
District Judge Virginia M. Kendall

| | |
|---|---|
| No. 23-1793 | JAVIER HERRERA, <br>    Plaintiff - Appellant <br><br> v. <br><br> KWAME RAOUL, et al., <br>    Defendants - Appellees |

**Originating Case Information:**
District Court No: 1:23-cv-00532
Northern District of Illinois, Eastern Division
District Judge Lindsay C. Jenkins

| No. 23-1825[1] | CALEB BARNETT, et al., <br>     Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL and BRENDAN F. KELLY, <br>     Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00209-SPM <br> Southern District of Illinois <br> District Judge Stephen P. McGlynn ||

In Nos. 23-1353 and 23-1793, we **AFFIRM** the district courts' orders denying preliminary injunctive relief. In Nos. 23-1825, 23-1826, 23-1827, and 23-1828, we **VACATE** the district court's order granting preliminary injunctive relief. We also confirm that the stay we issued in these appeals will remain in effect until our mandate issues. The above is in accordance with the decision of this court entered on this date. Costs assessed against the plaintiffs.

*Christopher Conway*

Clerk of Court

---

[1] Consolidated with No. 23-1826, *Harrel v. Raoul* (S.D. Ill. No. 3:23-cv-00141-SPM); No. 23-1827, *Langley v. Kelly* (S.D. Ill. No. 3:23-cv-00192-SPM); and No. 23-1828, *Federal Firearms Licensees of Illinois*, et al. *v. Pritzker* (S.D. Ill. No. 3:23-cv-00215-SPM).

form name: c7_FinalJudgment    (form ID: 132)