# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

December 11, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*



CERTIFIED COPY

No. 23-1353

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC. d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellants* | No. 22-CV-04775 |
| v. | Virginia M. Kendall, *Judge*. |
| CITY OF NAPERVILLE, ILLINOIS and JASON ARRES, | |
| *Defendants-Appellees.* | |

**O R D E R**

Plaintiffs-Appellants filed a petition for rehearing and rehearing *en banc* on November 13, 2023. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing and rehearing *en banc* is therefore DENIED.