# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

December 20, 2023

Taxed in Favor of: **Appellee City of Naperville**

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al.,<br>    Plaintiffs - Appellants<br><br>v.<br><br>CITY OF NAPERVILLE, a municipal corporation and JASON ARRES,<br>    Defendants - Appellees<br><br>and<br><br>STATE OF ILLINOIS,<br>    Intervening Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-04775<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

The mandate or agency closing letter issued in this cause on December 19, 2023.

BILL OF COSTS issued in the amount of: $160.50.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | | |
| 2. | For reproduction of any record or paper, per page: | | |
| 3. | For reproduction of briefs: | | $160.50 |

TOTAL: $160.50

form name: **c7_BillOfCosts**     (form ID: **140**)