IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BEVIS, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS, ET AL., <br><br> Defendant. | NO. 1:22-CV-04775 <br><br> HONORABLE VIRGINIA M. KENDALL |

## JOINT STATUS REPORT

Pursuant to this Court's Order of March 8, 2024 (Dkt. 93), the parties jointly submit the following report on the status of appellate proceedings:

As of this filing, the petition for a writ of certiorari in this case is still pending in the United States Supreme Court. As this Court is aware, on November 3, 2023, the Seventh Circuit affirmed this Court's Memorandum Opinion and Order of February 17, 2023, denying Plaintiffs' Motion for Preliminary Injunction. After an unsuccessful Petition for Rehearing and Suggestion for Rehearing En Banc, Plaintiffs filed a Petition for a Writ of Certiorari in the United States Supreme Court on February 12, 2024. The parties completed briefing on that Petition on April 25, 2024. Plaintiffs' Petition has been pending in the Supreme Court since then. The Supreme Court has not issued any determination on it.

The parties agree to continue to stay the proceedings and propose filing a further joint status report no later than July 12, 2024.

DATED: June 14, 2024                                    Respectfully submitted,

/s/ Christopher B. Wilson                               /s/ Barry K. Arrington
Christopher B. Wilson                                   Barry Kevin Arrington
Kathleen A. Stetsko                                     Arrington Law Firm
Daniel T. Burley                                        3801 E Florida Ave., Suite 830
Kahin Gabriel Tong                                      Denver, CO 80210
Perkins Coie LLC                                        (130) 351-7652
110 North Wacker Drive, Suite 3400                      barry@arringtonpc.com
Chicago, IL 60606-1511
(312) 324-8603
cwilson@perkinscoie.com                                 Jason R. Craddock, Sr.
kstetsko@perkinscoie.com                                Law Office of Jason R. Craddock
dburley@perkinscoie.com                                 2021 Midwest Rd., Suite 200
ktong@perkinscoie.com                                   Oak Brook, IL 60523
                                                        (708) 964-4973
                                                        craddocklaw@icloud.com
/s/ Douglas Neal Letter
Douglas Neal Letter                                     *Attorneys for Plaintiff, Robert Beavis*
Shira Lauren Feldman
Brady United Against Gun Violence
840 First St. NE, #400
Washington, DC 20002
(202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Defendant,*
*City of Highland Park, Illinois*



/s/ Christopher Graham Wells
Christopher Graham Wells
Kathryn Hunt Muse
Illinois Attorney General's Office
Chief, Public Interest Division
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-1134
christopher.wells@ilag.gov
kathryn.muse@ilag.gov

*Attorneys for Intervenor*
*Illinois Attorney General Kwame Raoul*

## CERTIFICATE OF SERVICE

      I, Christopher B. Wilson, certify that on June 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      DATED this 14th day of June, 2024.

      /s/ Christopher B. Wilson
Christopher B. Wilson
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Phone: +1.312.324.8400
Fax: +1.312.324.9400

One of the Attorneys for Defendant City of Naperville, Illinois, et al.