IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BEVIS, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NAPERVILLE, ILLINOIS, ET AL., <br><br> Defendant. | NO. 1:22-CV-04775 <br><br> HONORABLE VIRGINIA M. KENDALL |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of June 17, 2024 (Dkt. 95), the parties jointly submit the following report on the status of appellate proceedings:

On July 2, 2024, the United States Supreme Court denied Plaintiffs' Petition for a Writ of Certiorari. The parties have communicated to schedule a date to "meet and confer" concerning further case management deadlines, including negotiating a proposed order pursuant to Federal Rule of Civil Procedure 26, in light of the Supreme Court's decision. Due to the parties' schedules and workloads, counsel is unable to schedule this meeting until the first week of August. The parties, therefore, propose providing this Court with a further joint status report after they have had an opportunity to complete this "meet and confer" session.

Accordingly, the parties seek the Court's leave to provide a further joint status report to this Court no later than August 16, 2024.

DATED: July 12, 2024

Respectfully submitted,

/s/ Christopher B. Wilson
Christopher B. Wilson
Kathleen A. Stetsko
Daniel T. Burley
Kahin Gabriel Tong
Perkins Coie LLC
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
(312) 324-8603
cwilson@perkinscoie.com
kstetsko@perkinscoie.com
dburley@perkinscoie.com
ktong@perkinscoie.com

/s/ Douglas Neal Letter
Douglas Neal Letter
Shira Lauren Feldman
Brady United Against Gun Violence
840 First St. NE, #400
Washington, DC 20002
(202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Defendant,
City of Highland Park, Illinois*

/s/ Christopher Graham Wells
Christopher Graham Wells
Kathryn Hunt Muse
Illinois Attorney General's Office
Chief, Public Interest Division
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-1134
christopher.wells@ilag.gov
kathryn.muse@ilag.gov

*Attorneys for Intervenor
Illinois Attorney General Kwame Raoul*

/s/ Barry K. Arrington
Barry Kevin Arrington
Arrington Law Firm
3801 E Florida Ave., Suite 830
Denver, CO 80210
(130) 351-7652
barry@arringtonpc.com

Jason R. Craddock, Sr.
Law Office of Jason R. Craddock
2021 Midwest Rd., Suite 200
Oak Brook, IL 60523
(708) 964-4973
craddocklaw@icloud.com

*Attorneys for Plaintiff, Robert Beavis*

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 12th day of July, 2024.

/s/ Christopher B. Wilson
Christopher B. Wilson
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Phone: +1.312.324.8400
Fax: +1.312.324.9400

One of the Attorneys for Defendant City of Naperville, Illinois, et al.