IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS, JASON ARRES,<br><br>Defendants, and<br><br>ILLINOIS ATTORNEY GENERAL KWAME RAOUL, in his official capacity and on behalf of the STATE OF ILLINOIS,<br><br>Intervenor. | Case No. 22-cv-04775 |

## JOINT STATUS REPORT

Pursuant to the Court's July 31, 2024, Order, the parties submit the following joint status report regarding further case management.

    1.    The parties conferred via conference call on August 8, 2024.

    2.    The parties agreed that Defendants, the City of Naperville, Jason Arres, and Illinois Attorney General Kwame Raoul, on behalf of the intervenor State of Illinois, would have until October 16, 2024, in which to answer or otherwise respond to Plaintiffs' Amended Complaint.

    3.    The parties agreed that after October 16, 2024, they would contact the Court to initiate the process of getting a scheduling order in place.

1

Respectfully submitted this 15th day of August 2024.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
barry@arringtonpc.com
*Pro Hac Vice*

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
Post Office Box 702
Monee, IL 60449
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/ Christopher B. Wilson*
_____
Christopher B. Wilson
Gabriel Tong
Micaela Snashall
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400
cwilson@perkinscoie.com
gtong@perkinscoie.com
MSnashall@perkinscoie.com

Douglas Neal Letter
Shira Lauren Feldman
Brady United Against Gun Violence
840 First St. NE
Suite 400
Washington, DC 20002
202-370-8100
dletter@bradyunited.org

sfeldman@bradyunited.org

**ATTORNEYS FOR DEFENDANTS**

*/s/ Kathryn Hunt Muse (with consent)*
_____
Kathryn Hunt Muse
Christopher Graham Wells

Office of the Illinois Attorney General
Public Interest Division
115 S. LaSalle St.
Chicago, IL 60603
312-814-3000
Kathryn.Muse@ilag.gov
Christopher.Wells@ilag.gov

**ATTORNEYS FOR INTERVENOR**

3