UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Robert Bevis, et al.
                               Plaintiff,

v.                                       Case No.: 1:22–cv–04775
                                                  Honorable Virginia M. Kendall

City of Naperville, Illinois, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to Stay the litigation pending the Seventh Circuit's decision in Barnett v. Raoul [110] is granted. Case is hereby stayed. Status hearing set for 7/31/2025 at 9:30 AM. Parties shall file a Joint Status Report on or before 7/28/2025 regarding status of pending litigation. Motion hearing set for 4/15/2025 and Status hearing set for 5/7/2025 are stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.