IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC., d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES,<br><br>Defendants.<br><br>and<br><br>ILLINOIS ATTORNEY GENERAL KWAME RAOUL, in his official capacity and on behalf of the STATE OF ILLINOIS,<br><br>Intervenor. | Case No. 22-cv-04775 |

## JOINT STATUS REPORT

Plaintiffs, National Association for Gun Rights, Robert C. Bevis, and Law Weapons, Inc., d/b/a Law Weapons & Supply, Defendants City of Naperville, Illinois and Jason Arres, and Intervenor, Illinois Attorney General Kwame Raoul in his official capacity and on behalf of the State of Illinois, submit this joint status report.

1. On April 1, 2025, Plaintiffs and Defendants moved the Court to stay this litigation pending the Seventh Circuit's decision in *Barnett v. Raoul*, No. 24-3060 (7th Cir. filed Nov. 12, 2024) (ECF 110). Intervenor did not oppose the motion.

2. On April 7, 2025, the Court granted the motion and entered the following Order (ECF 113):

1

MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to Stay the litigation pending the Seventh Circuit's decision in *Barnett v. Raoul* is granted. Case is hereby stayed. Status hearing set for 7/31/2025 at 9:30 AM. Parties shall file a Joint Status Report on or before 7/28/2025 regarding status of pending litigation. Motion hearing set for 4/15/2025 and Status hearing set for 5/7/2025 are stricken.

3. Pursuant to the Court's April 7, 2025 Order, the parties submit the following joint status report regarding the status of *Barnett*.

4. *Barnett* remains pending in the Seventh Circuit. Oral argument in the case is set for Monday, September 22, 2025 (No. 24-3060, ECF 91).

**WHEREFORE**, in accordance with the Court's April 7, 2025 Order staying this action pending the Seventh Circuit's decision in *Barnett*, the parties jointly and respectfully request that the stay remain in effect and that the parties be allowed to file a joint status report in mid-December 2025 regarding the status of *Barnett*.


Respectfully submitted this 28th day of July, 2025

/s/ Barry K. Arrington

_____
Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email:  barry@arringtonpc.com
Pro Hac Vice

Designated Local Counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com
*Attorneys for Plaintiffs*

2

*/s/ Christopher B. Wilson*

_____
Christopher B. Wilson, Bar No. 06202139
PERKINS COIE LLP
110 North Wacker Dr., Suite 3400
Chicago, Illinois 60606-1511
Tel: 312.324.8400
CWilson@perkinscoie.com
DBurley@perkinscoie.com
KTong@perkinscoie.com

Douglas N. Letter (*pro hac vice*)
Shira Lauren Feldman (*pro hac vice*)
BRADY
840 First Street NE, Suite 400
Washington, D.C. 20002
dletter@bradyunited.org
sfeldman@bradyunited.org
*Attorneys for Defendants*


*/s/ Robert Henry Weaver*

_____
Robert Henry Weaver
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle St.
35th Floor
Chicago, IL 60603
773-590-6838
robert.weaver@ilag.gov
*Attorney for Intervenor*