**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NATIONAL ASSOCIATION FOR GUN
RIGHTS, *et al.*,

      Plaintiffs,

v.

CITY OF NAPERVILLE, ILLINOIS, *et al.*,

      Defendants,

and

ILLINOIS ATTORNEY GENERAL KWAME
RAOUL, in his official capacity and on behalf
of the STATE OF ILLINOIS,

      Intervenor.

Case No. 1:22-cv-04775

HONORABLE VIRGINIA M. KENDALL

**JOINT STATUS REPORT**

Plaintiffs National Association for Gun Rights, Robert C. Bevis, and Law Weapons, Inc.,

d/b/a Law Weapons & Supply, Defendants City of Naperville, Illinois and Jason Arres, and

Intervenor Illinois Attorney General Kwame Raoul in his official capacity and on behalf of the

State of Illinois, submit this joint status report.

      1.     On April 7, 2025, the Court entered an order staying this matter pending the

Seventh Circuit's decision in *Barnett v. Raoul*, No. 24-3060. Dkt. No. 113.

      2.     On December 15, 2025, the Court directed the parties to file a joint status report

within ten days after a decision in *Barnett* or by June 12, 2026, whichever is sooner. Dkt. No.

117.

1

3.      Pursuant to the Court's December 15, 2025, Order, the parties submit the following joint status report regarding the status of *Barnett*.

4.      *Barnett* remains pending in the Seventh Circuit. The parties in *Barnett* have respectively filed supplemental letter briefs concerning the D.C. Court of Appeals' decision in *Benson v. United States*, 352 A.3d 719 (D.C. 2026).

**WHEREFORE**, in accordance with the Court's April 7, 2025, Order staying this action pending the Seventh Circuit's decision in *Barnett*, the parties jointly and respectfully request that the stay remain in effect and that they be allowed to file a joint status report within ten days after a decision in *Barnett* or by November 13, 2026, whichever is earlier.

Dated: June 12, 2026                    Respectfully submitted,

*/s/ Jonathan M. Shaw*
Jonathan M. Shaw
N.D. Ill. Bar No. 98497
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Email: jshaw@dhillonlaw.com

Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Road, Suite 200
Oak Brook, IL 60523
(708) 964-4973
Cradlaw1970@gmail.com or craddocklaw@icloud.com

*Attorneys for Plaintiffs*

*/s/ Christopher B. Wilson*
Christopher B. Wilson, Bar No. 06202139
PERKINS COIE LLP
110 North Wacker Dr., Suite 3400
Chicago, Illinois 60606-1511
Tel: 312.324.8400

2

CWilson@perkinscoie.com
DBurley@perkinscoie.com
KTong@perkinscoie.com
MSnashall@perkinscoie.com

Douglas N. Letter (*pro hac vice*)
Shira Lauren Feldman (*pro hac vice*)
BRADY
840 First Street NE, Suite 400
Washington, D.C. 20002
dletter@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Defendants*

/s/ Robert Henry Weaver
Robert Henry Weaver
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle St.
35th Floor
Chicago, IL 60603
773-590-6838
robert.weaver@ilag.gov

*Attorney for Intervenor*

3